UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ROGER KOHN<br>D.O.C. # 5706797 | * | CIVIL ACTION NO. 2:14-cv-0005 |
| v. | * | JUDGE MINALDI |
| N. BURL CAIN, WARDEN | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 17) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Plaintiff's Objections (Rec. Doc. 18), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, this 12 day of April, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE